**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

────────────

**No. 13-7255**

────────────

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

KARL E. MOORE, SR.,

                Defendant - Appellant.

────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.  (2:02-cr-00217-RAJ-JEB-1)

────────────

Submitted:  December 19, 2013        Decided:  December 23, 2013

────────────

Before SHEDD, DAVIS, and FLOYD, Circuit Judges.

────────────

Affirmed by unpublished per curiam opinion.

────────────

Karl E. Moore, Sr., Appellant Pro Se.  Laura Marie Everhart, Benjamin L. Hatch, Assistant United States Attorneys, Norfolk, Virginia, for Appellee.

────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karl E. Moore, Sr., appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Moore, 2:02-cr-00217-RAJ-JEB-1 (E.D. Va. July 26, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED